

NANCY C. MILLAN
HILLSBOROUGH COUNTY
TAX COLLECTOR

*Search all services we offer...*

**Vehicle Registration**          **Property Tax**          **Business Tax**          **Tourist Tax**

Search  >  Account Summary

# Real Estate Account #A1568750000

**Owner:**          **Situs:**          Parcel details
LOPO KAYLA          3507 E OSBORNE AVE          GIS ↗
                    TAMPA 33610          Property Appraiser ↗
                    🛡 Homestead Exemption

  **Get bills by email**

---

## Amount Due

Your account is **paid in full**. There is nothing due at this time.
Your last payment was made on **11/28/2022** for **$2,847.44**.

---

## Account History

| BILL | AMOUNT DUE | | STATUS | | ACTION |
|------|-----------|---|--------|---|--------|
| 2022 Annual Bill ⓘ | $0.00 | **Paid** $2,847.44 | 11/28/2022 | **Receipt** #22-0-135988 | 🖨 **Print (PDF)** |
| 2021 Annual Bill ⓘ | $0.00 | **Paid** $2,805.39 | 11/22/2021 | **Receipt** #21-0-106910 | 🖨 **Print (PDF)** |
| 2020 Annual Bill ⓘ | $0.00 | **Paid** $2,736.30 | 11/23/2020 | **Receipt** #20-0-097411 | 🖨 **Print (PDF)** |
| 2019 Annual Bill ⓘ | $0.00 | **Paid** $2,809.28 | 11/22/2019 | **Receipt** #19-0-079455 | 🖨 **Print (PDF)** |
| 2018 Annual Bill ⓘ | $0.00 | **Paid** $2,303.50 | 11/26/2018 | **Receipt** #18-0-063809 | 🖨 **Print (PDF)** |
| 2017 Annual Bill ⓘ | $0.00 | **Paid** $1,478.80 | 11/30/2017 | **Receipt** #17-0-076099 | 🖨 **Print (PDF)** |
| 2016 Annual Bill ⓘ | $0.00 | **Paid** $1,196.28 | 11/23/2016 | **Receipt** #16-625-043035 | 🖨 **Print (PDF)** |
| **2015** ⓘ | | | | | |
| 2015 Annual Bill | | **Paid** $1,355.60 | 11/17/2016 | **Receipt** #16-655-000025 | |
| Tax Deed Application #3415 | | **Paid off** | 06/16/2016 | | |
| | | **Paid $1,355.60** | | | |
| **2014** ⓘ | | | | | |
| 2014 Annual Bill | | **Paid** $1,422.06 | 11/17/2016 | **Receipt** #16-655-000025 | |
| Tax Deed Application #3415 | | **Paid off** | 06/16/2016 | | |
| | | **Paid $1,422.06** | | | |
| **2013** ⓘ | | | | | |
| 2013 Annual Bill | | **Paid** $1,543.96 | 11/17/2016 | **Receipt** #16-655-000025 | |
| Tax Deed Application #3415 | | **Paid off** | 06/16/2016 | | |
| | | **Paid $1,543.96** | | | |
| **2012** ⓘ | | | | | |
| 2012 Annual Bill | | **Paid** $1,556.03 | 11/17/2016 | **Receipt** #16-655-000025 | |
| Tax Deed Application #3415 | | **Paid off** | 06/16/2016 | | |
| | | **Paid $1,556.03** | | | |
| **Total Amount Due** | $0.00 | | | | |

Start Chat

| BILL | AMOUNT DUE | STATUS | | ACTION |
|---|---|---|---|---|
| **2011** ⓘ | | | | |
| **2011 Annual Bill** | | **Paid** $1,816.90 | 11/17/2016 | **Receipt** #16-655-000025 |
| **Tax Deed Application #3415** | | **Paid off** | 06/16/2016 | |
| | | **Paid $1,816.90** | | |
| **2010** ⓘ | | | | |
| **2010 Annual Bill** | | **Paid** $2,193.67 | 11/17/2016 | **Receipt** #16-655-000025 |
| **Tax Deed Application #3415** | | **Paid off** | 06/16/2016 | |
| | | **Paid $2,193.67** | | |
| **2009** ⓘ | | | | |
| **2009 Annual Bill** | $0.00 | **Paid** $3,332.40 | 11/17/2016 | **Receipt** #16-655-000025 |
| **2009 TDA Fees Bill** ⓘ | $0.00 | **Paid** $349.38 | 11/17/2016 | **Receipt** #16-655-000025 |
| Refund | | **Processed** $150.00 | 11/29/2016 | **To** GREENLEAF TITLE, LLC |
| **Tax Deed Application #3415** | | **Paid off** | 06/16/2016 | |
| | | **Paid $3,681.78** | | |
| **2008** ⓘ | | | | |
| **2008 Annual Bill** | $0.00 | **Paid** | | 🖶 **Print (PDF)** |
| **Certificate #207992** | | **Expired** | 06/01/2016 | **Face** $3,121.54, **Rate** 8.25% |
| **2007** ⓘ | | | | |
| **2007 Annual Bill** | $0.00 | **Paid** | | 🖶 **Print (PDF)** |
| **Certificate #176169** | | **Expired** | 06/01/2015 | **Face** $1,217.66, **Rate** 15% |
| **Total Amount Due** | **$0.00** | | | |

**Credit/Debit Card Payments:** The payment will appear on your statement as 'HILLSBOROUGH CO ASSESSMENT'. The fee may appear separately as 'HILLSBOROUGH CO ASSESSMENT'.

**Echeck Payments:** Rejection of payment by your financial institution will result in a $25.00 penalty fee .

© 2019–2023 Grant Street Group. All rights reserved.

# Voter Information Lookup

Please find your voter registration information below.

Full Name:
**KAYLA TABITHA LOPO**

Street Address:
**3507 E OSBORNE AVE**

City:
**TAMPA**

Zip Code:
**33610**

County Name:
**HILLSBOROUGH**

Voter Identification Number:
**126049945**

Date Of Registration:
**8/29/2018**

Party:
**Libertarian Party of Florida**

Voter Status:
**Active\***

\* An active voter means the person is registered to vote. The deadline to register to be eligible to vote in an upcoming election is 29 days before that election.

Access Ballot and Precinct Information available through your county Supervisor of Elections' (https://dos.myflorida.com/elections/for-voters/check-your-voter-status-and-polling-place/voter-precinct-lookup/) website.

New Search (/en/CheckVoterStatus)

Please email BVRSHelp@dos.myflorida.com (mailto:BVRSHelp@dos.myflorida.com) for website assistance.



**Ron DeSantis, Governor
Cord Byrd, Secretary of State**



# Florida Department of State

Privacy Policy (http://dos.myflorida.com/privacy-policy/)
| Accessibility (http://dos.myflorida.com/accessibility/)
| Site Map (http://dos.myflorida.com/site-map/)
| Communications (http://dos.myflorida.com/communications/)
| Connect (http://dos.myflorida.com/communications/connect/)

## Questions or comments? Contact Us (mailto:BVRSHelp@dos.myflorida.com)

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

R.A. Gray Building
500 South Bronough Street
Tallahassee, Florida 32399-0250

**Voter Assistance Hotline:** 1.866.308.6739
**Hours:** Monday - Friday 8:00 AM - 5:00 PM (Eastern Time)
If hearing or speech impaired, please contact the Division using
the **Florida Relay Service** (https://www.ftri.org/relay),
1.800.955.8771 (TTY) or
1.800.955.8770 (Voice) or 1-800-955-1339 (ASCII), or
1.877.955.8773 (español a español ).

Copyright (http://dos.myflorida.com/copyright/) © 2019 State of Florida, Florida Department of State.