## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**KAYLA LOPO,**

**Plaintiff,**

v.

**ASHLEY           FURNITURE INDUSTRIES, LLC**

**Defendant.**

**CASE NO.:**

## DECLARATION OF TROY MULLER

I, Troy Muller, declare as follows:

1.      I am over 18 years of age, competent to testify, and the information provided in this declaration is true and correct based on my personal knowledge.

2.      I am the Vice President of Finance for Ashley Furniture Industries, LLC, and am authorized to make this declaration on behalf of Ashley Furniture Industries, LLC.

3.      I have knowledge of the facts contained in this declaration by virtue of my employment at Ashley Furniture Industries, LLC, and my review of relevant corporate records.

4.      Defendant, Ashley Furniture Industries, LLC, is a Wisconsin limited liability company with its principal place of business at One Ashley Way, Arcadia,

Wisconsin.

5.    The sole member of Ashley Furniture Industries, LLC is Ashley Holdings, Inc., a Wisconsin corporation with its principal place of business at One Ashley Way, Arcadia, Wisconsin.

6.    I verify under penalty of perjury that the foregoing is true and correct. Executed on this 4th day of October 2023.

_____
Troy Muller