**IN THE CIRCUIT COURT FOR THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION**

**KAYLA LOPO,**

    **Plaintiff,**

**v.**

**ASHLEY FURNITURE INDUSTRIES,**

    **Defendant.**

**CASE NO.: 23-CA-014927
DIVISION I**

## NOTICE OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), you are hereby notified that Defendant ASHLEY FURNITURE INDUSTRIES ("Defendant"), filed a notice of removal of this case from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida to the United States District Court for the Middle District of Florida, Tampa Division. In support of its Notice, Defendant states as follows:

1.    On August 31, 2023, Plaintiff filed a Complaint.

2.    Pursuant to 28 U.S.C. § 1446(d), the filing of the notice of removal in the United States District Court, together with the filing in this Court of a copy of the notice of removal, effectuate the removal and require this Court proceed no further as to the Count unless the case is remanded.

3.    A copy of the above-referenced notice of removal, filed in the United States District Court for the Middle District of Florida (without exhibits), is attached hereto as **Exhibit "A"** and incorporated herein by reference.

4.    Pursuant to the provisions of 28 U.S.C. § 1446, the filing of the Notice of Removal by Defendant in the United States District Court for the Middle District of Florida affects the

removal of this action from the Circuit Court's jurisdiction, and the Circuit Court "shall proceed

no further unless and until the case is remanded" by the federal court.  28 U.S.C. § 1446.

Dated this 4th day of October, 2023.                    Respectfully submitted,


                                                        /s/ West A. Holden
                                                        Jessica T. Travers
                                                        Florida Bar # 018129
                                                        jtravers@littler.com
                                                        West Holden
                                                        Florida Bar #113569
                                                        wholden@littler.com

                                                        LITTLER MENDELSON P.C.
                                                        111 North Orange Avenue
                                                        Suite 1750
                                                        Orlando, FL  32801.2366
                                                        Telephone:    407.393.2900
                                                        Facsimile:    407.386.9081

                                                        Attorneys for Defendant


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of October, 2023, I electronically filed the foregoing with the Clerk of the Court using the Florida Courts E-Filing Portal, which will send a copy to all counsel of record.

                                                        /s/ West A. Holden
                                                        West A. Holden

2