

# Case Information

| Icon Keys | Summary | Parties | Events |

Case Options & Payments     Hearings     Financial

File Location     Related Cases

Filter Events Dates:     From          To               **Filter**

Show 50 entries               Search:

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|
|  | 9 | 09/07/2023 | NOTICE OF FILING | PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE ON DEFENDANT |  |  |
|  | 10 | 09/07/2023 | SUMMONS RETURNED SERVED | 09/05/23 DEFT. ASHLEY FURNITURE INDUSTRIES C/O |  |  |
|  | 7 | 09/01/2023 | General Differentiated Case Management Order |  |  |  |
|  | 8 | 09/01/2023 | E-FILED SUMMONS ISSUED |  |  |  |

Privacy - Terms

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image | Certify |
|--------|----------------|---------------------|------------------|---------|-------|---------|
| ⬇ | 8 | 09/01/2023 | E-FILED SUMMONS ISSUED | | 📄 | 🛒 |
| | 1 | 08/31/2023 | File Home Location - Electronic | | | |
| | 2 | 08/31/2023 | General Differentiated Case Management Applies | | | |
| ⬇ | 3 | 08/31/2023 | CIVIL COVER SHEET | | 📄 | 🛒 |
| ⬇ | 4 | 08/31/2023 | COMPLAINT | | 📄 | 🛒 |
| ⬇ | 5 | 08/31/2023 | REQUEST FOR DIVISION ASSIGNMENT (E-FILING) | | 📄 | 🛒 |
| ⬇ | 6 | 08/31/2023 | E-FILED REQUEST FOR SUMMONS TO BE ISSUED | | 📄 | 🛒 |

Showing 1 to 11 of 11 entries
(filtered from 0 total entries)

Previous  | 1 |  Next

> If no Icons Appear under the Image Column, click here to order copies of documents

Indicates document is ready to be viewed Displays additional event information

Indicates document needs redaction review prior to public viewing

Indicates document is undergoing redaction

Indicates document is sealed by the Court Order or Confidential by Court rule. Image cannot be viewed

Click to purchase electronically certified copies of documents

Image Pending Review

If No Image Appears there is either no image available or document has not been converted to electronic image.

 Exit Case Details

© 2023- Hillsborough County Clerk of Court and Comptroller