AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| KAYLA LOPO | ) |
| v. | ) Case No.:    8:23-CV-2248-LSM-LSG |
| ASHLEY FURNITURE INDUSTRIES | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __06/16/2025__ against __Plaintiff__ ,
                                                                    Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 402.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1291.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 2471.30 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. § 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1958.25 |
| TOTAL | $ 6122.55 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.
See Exhibit A (Itemization of Costs and Copies of Invoices)

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid
  Other: _____

s/ Attorney: __/s/ West A. Holden__

Name of Attorney: __West A. Holden__

For: __Defendant__                              Date: __06/30/2025__
        Name of Claiming Party

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

_____    _____    _____
Clerk of Court                              Deputy Clerk                                    Date

AO 133  (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT

| **Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees)** | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KAYLA LOPO,

     Plaintiff,

v.

ASHLEY FURNITURE INDUSTRIES,

     Defendant.

CIVIL ACTION NO.:
8:23-CM-2248-JSM-LSG

## ITEMIZATION OF COSTS

**Fees for court filings**

| Description | Amount |
|---|---|
| Removal of case from State to Federal Court | $402.00 |
| **Subtotal** | **$402.00** |

**Fees for service of subpoenas**

| Description | Amount |
|---|---|
| Diligent Legal Services – 5/10/2024 Service of non-party subpoena on Dr. M. Newton for Plaintiff's medical records | $91.20 |
| Diligent Legal Services – 5/10/2024 Service of non-party subpoena on Florida Medical Clinic for Plaintiff's medical records | $91.20 |
| Diligent Legal Services – 5/10/2024 Service of non-party subpoena on Grow Care, LLC for Plaintiff's employment records | $91.20 |
| Diligent Legal Services – 5/15/2024 Service of non-party subpoena on Method Testing Laboratories for Plaintiff's employment records | $91.00 |
| Diligent Legal Services – 5/15/2024 Service of non-party subpoena on Pure Infinity Botanicals for Plaintiff's employment records | $91.00 |
| Diligent Legal Services – 5/17/2024 Service of non-party subpoena on Colorado Health and Youth Dermatology for Plaintiff's medical records | $271.20 |
| Diligent Legal Services – 5/21/2024 Attempted service of non-party subpoena on C. Zawisza for Plaintiff's medical records | $181.20 |
| Diligent Legal Services – 10/01/2024 Service of non-party subpoena on Mandy Millsap LMHC for Plaintiff's medical records | $91.20 |

| | |
|---|---|
| Diligent Legal Services – 10/16/2024 Service of non-party deposition subpoena on Dasha Bolton to appear for her deposition | $200.60 |
| Diligent Legal Services – 12/02/2024 Service of non-party subpoena on DoorDash for Plaintiff's employment records | $91.20 |
| **Subtotal** | **$1,291.00** |

## Fees for printed or electronically recorded deposition transcripts

| Description | Amount |
|---|---|
| U.S. Legal - Original Transcript of Plaintiff's 08.20.2024 Deposition[1] | $920.40 |
| U.S. Legal - Exhibits for 8/20/2024 Deposition | $16.50 |
| Veritext – Attendance at 11/19/2024 Deposition of Dasha Bolton | $155.00 |
| Veritext – Additional Hours Attendance at 11/19/2024 Deposition of Dasha Bolton | $157.50 |
| Milestone Court Reporters – Janet Morgan 11/21/2024 Deposition Transcript | $220.50 |
| Milestone Court Reporters – Logan Huston 11/21/2024 Deposition Transcript | $255.55 |
| Milestone Court Reporters - Matt Schulz 11/29/2024 Deposition Transcript | $420.00 |
| Milestone Court Reporters – Exhibits for Matt Schulz 11/29/2024 Deposition | $0.35 |
| Mike Gappa 11/29/2024 Deposition Transcript | $325.50 |
| **Subtotal Depositions** | **$2,471.30** |

## Fees for medical records

| Description | Amount |
|---|---|
| 7/11/2024 Invoice from Ciox Health for medical records from Florida Medical Clinic | $110.25 |
| **Subtotal Medical Records** | **$110.25** |

## Fees for Mediation

| Description | Amount |
|---|---|
| Griffin Mediation 10/30/2023 Mediation Services | $1,848.00 |
| **Subtotal Mediation** | **$1,848.00** |
| GRAND TOTAL | **$6,122.55** |

---

[1] Defendant has not sought the taxation for various other fees associated with the transcription of Plaintiff's deposition, including fees for Condensed Transcript; Litigation Technology, Support and Security Management; Transcript Handling & Processing; Video Pages; Exhibits (Color); and Read & Sign Service.

| | |
|---|---|
| **From:** | Holden, West |
| **To:** | Vega, Eddie |
| **Subject:** | FW: Pay.gov Payment Confirmation: FLORIDA MIDDLE DISTRICT COURT |
| **Date:** | Wednesday, October 4, 2023 4:11:29 PM |

West Holden
Associate
407.393.2952 direct, 689.207.8821 mobile
WHolden@littler.com

littler.com | Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
111 N Orange Ave, Suite 1750, Orlando, FL 32801
-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Wednesday, October 4, 2023 4:05 PM
To: Holden, West <WHolden@littler.com>
Subject: Pay.gov Payment Confirmation: FLORIDA MIDDLE DISTRICT COURT

[EXTERNAL E-MAIL]

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Megan Jaffe at 407-835-4353.

    Account Number: 5894342
    Court: FLORIDA MIDDLE DISTRICT COURT
    Amount: $402.00
    Tracking Id: AFLMDC-21323197
    Approval Code: 101548
    Card Number: ************3003
    Date/Time: 10/04/2023 04:05:06 ET

    Attorney Name: West Holden
    Firm Name: Littler Mendelson, P.C.
    Name of Person Completing Transaction: West Holden

NOTE: This is an automated message. Please do not reply

Diligent Legal Services
1497 Main Street
Suite 210
Dunedin, FL 34698
Phone: (727) 424-7367
61-1664919

**INVOICE**

Invoice #DGT-2024003085
5/23/2024

Ryan Lowe
Littler
111 N Orange Ave,
Suite 1750
Orlando, FL 32801

Reference Number: 061736.1115

**Case Number: Middle District 8:23-CV-02248-JSM-JSS**

Plaintiff:
**KAYLA LOPO**

Defendant:
**ASHLEY FURNITURE INDUSTRIES, LLC**

Received: 5/8/2024    Non-Served: 5/21/2024  NON-SERVE - OTHER
To be served on: Chris Zawisza

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
| --- | --- | --- | --- |
| Service 2727 W. Martin Luther King Jr. Blvd., Ste. 800, Tamp | 1.00 | 90.00 | 90.00 |
| Copies Cost | 6.00 | 0.20 | 1.20 |
| Service 108 W. Targa Ct., Tampa, FL 33606 | 1.00 | 90.00 | 90.00 |
| TOTAL CHARGED: | | | $181.20 |

**BALANCE DUE:**                    **$181.20**

Please enclose a copy of this invoice with your payment.

PLEASE KINDLY NOTE OUR NEW MAILING ADDRESS IS:

Diligent Legal Services
1497 Main Street, Suite 210
Dunedin, Florida 34698
Payment is due within thirty (30) days from the date of the invoice. All invoices not paid within thirty (30) days
will incur a finance charge of 1.5% a month.  In the event Diligent Legal Services of Florida, LLC is forced to
take legal action to collect on any open invoices, it will be entitled to recover its reasonable attorneys' fees and
costs of collection.

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Diligent Legal Services                    **INVOICE**              Invoice #DGT-2024006386
1497 Main Street                                                                10/17/2024
Suite 210
Dunedin, FL 34698
Phone: (727) 424-7367
61-1664919


Ryan Lowe
Littler
111 N Orange Ave,
Suite 1750
Orlando, FL 32801


**Case Number:  8:23-CV-02248-JSM-UAM**

Plaintiff:
**KAYLA LOPO**

Defendant:
**ASHLEY FURNITURE INDUSTRIES, INC.**

Received: 10/11/2024    Non-Served: 10/16/2024  NON-SERVE - OTHER
To be served on: Dasha Bolton

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| RUSH service 3507 Osborne Avenue, Tampa, FL 33610 | 1.00 | 200.00 | 200.00 |
| Copies Cost | 3.00 | 0.20 | 0.60 |
| TOTAL CHARGED: | | | $200.60 |

**BALANCE DUE:**                                                              **$200.60**

Please enclose a copy of this invoice with your payment.

PLEASE KINDLY NOTE OUR NEW MAILING ADDRESS IS:

Diligent Legal Services
1497 Main Street, Suite 210
Dunedin, Florida 34698

Payment is due within thirty (30) days from the date of the invoice. All invoices not paid within thirty (30) days will incur a finance charge of 1.5% a month.  In the event Diligent Legal Services of Florida, LLC is forced to take legal action to collect on any open invoices, it will be entitled to recover its reasonable attorneys' fees and costs of collection.

Diligent Legal Services
1497 Main Street
Suite 210
Dunedin, FL 34698
Phone: (727) 424-7367
61-1664919

**INVOICE**

Invoice #DGT-2024003086
5/24/2024

Ryan Lowe
Littler
111 N Orange Ave,
Suite 1750
Orlando, FL 32801

Reference Number: 061736.1115

**Case Number: Middle District 8:23-CV-02248-JSM-JSS**

Plaintiff:
**KAYLA LOPO**

Defendant:
**ASHLEY FURNITURE INDUSTRIES, LLC**

Received: 5/8/2024   Served: 5/17/2024 2:53 pm  CORPORATE - ALT. ADDRESS
To be served on: Colorado Health and Youth Dermatology c/o Registered Agent Incorporate USA, Inc.

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service 3150 Sandy Ridge Drive, Clearwater, FL 33761 | 1.00 | 90.00 | 90.00 |
| Copies Cost | 6.00 | 0.20 | 1.20 |
| Service 13701 Bruce B Downs Blvd., Suite #108, Tampa, FL 336 | 1.00 | 90.00 | 90.00 |
| Service 507 Oakfield Drive, Brandon Fl. 33511 | 1.00 | 90.00 | 90.00 |
| TOTAL CHARGED: | | | $271.20 |

**BALANCE DUE:**                                                          **$271.20**

Please enclose a copy of this invoice with your payment.

PLEASE KINDLY NOTE OUR NEW MAILING ADDRESS IS:

Diligent Legal Services
1497 Main Street, Suite 210
Dunedin, Florida 34698

Payment is due within thirty (30) days from the date of the invoice. All invoices not paid within thirty (30) days will incur a finance charge of 1.5% a month.  In the event Diligent Legal Services of Florida, LLC is forced to take legal action to collect on any open invoices, it will be entitled to recover its reasonable attorneys' fees and costs of collection.

| Diligent Legal Services | **INVOICE** | Invoice #DGT-2024003087 |
|---|---|---|

Diligent Legal Services
1497 Main Street
Suite 210
Dunedin, FL 34698
Phone: (727) 424-7367
61-1664919

Invoice #DGT-2024003087
5/13/2024

Ryan Lowe
Littler
111 N Orange Ave,
Suite 1750
Orlando, FL 32801

Reference Number: 061736.1115

**Case Number: Middle District 8:23-CV-02248-JSM-JSS**

Plaintiff:
**KAYLA LOPO**

Defendant:
**ASHLEY FURNITURE INDUSTRIES, LLC**

Received: 5/8/2024   Served: 5/10/2024 9:40 am  AUTHORIZED
To be served on: Dr. Michael Newton c/o Medical Records

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service 13801 Bruce B. Downs Blvd., Ste 204, Tampa, FL 33613 | 1.00 | 90.00 | 90.00 |
| Copies Cost | 6.00 | 0.20 | 1.20 |
| TOTAL CHARGED: | | | $91.20 |

**BALANCE DUE:** **$91.20**

Please enclose a copy of this invoice with your payment.

PLEASE KINDLY NOTE OUR NEW MAILING ADDRESS IS:

Diligent Legal Services
1497 Main Street, Suite 210
Dunedin, Florida 34698
Payment is due within thirty (30) days from the date of the invoice. All invoices not paid within thirty (30) days
will incur a finance charge of 1.5% a month.  In the event Diligent Legal Services of Florida, LLC is forced to
take legal action to collect on any open invoices, it will be entitled to recover its reasonable attorneys' fees
and costs of collection.

Diligent Legal Services
1497 Main Street
Suite 210
Dunedin, FL 34698
Phone: (727) 424-7367
61-1664919

**INVOICE**

Invoice #DGT-2024003088
5/14/2024

Ryan Lowe
Littler
111 N Orange Ave,
Suite 1750
Orlando, FL 32801

Reference Number: 061736.1115

**Case Number: Middle District 8:23-CV-02248-JSM-JSS**

Plaintiff:
**KAYLA LOPO**

Defendant:
**ASHLEY FURNITURE INDUSTRIES, LLC**

Received: 5/8/2024    Served: 5/10/2024 12:00 pm  AUTHORIZED
To be served on: Florida Medical Clinic c/o Medical Records Department

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service 2150 Via Bella Blvd., Land O Lakes, Florida 34639 | 1.00 | 90.00 | 90.00 |
| Copies Cost | 6.00 | 0.20 | 1.20 |
| TOTAL CHARGED: | | | $91.20 |

**BALANCE DUE:** **$91.20**

Please enclose a copy of this invoice with your payment.

PLEASE KINDLY NOTE OUR NEW MAILING ADDRESS IS:

Diligent Legal Services
1497 Main Street, Suite 210
Dunedin, Florida 34698
Payment is due within thirty (30) days from the date of the invoice. All invoices not paid within thirty (30) days
will incur a finance charge of 1.5% a month.  In the event Diligent Legal Services of Florida, LLC is forced to
take legal action to collect on any open invoices, it will be entitled to recover its reasonable attorneys' fees
and costs of collection.

Diligent Legal Services
1497 Main Street
Suite 210
Dunedin, FL 34698
Phone: (727) 424-7367
61-1664919

**INVOICE**

Invoice #DGT-2024003091
5/23/2024

Ryan Lowe
Littler
111 N Orange Ave,
Suite 1750
Orlando, FL 32801

Reference Number: 061736.1115

**Case Number: Middle District 8:23-CV-02248-JSM-JSS**

Plaintiff:
**KAYLA LOPO**

Defendant:
**ASHLEY FURNITURE INDUSTRIES, LLC**

Received: 5/8/2024   Served: 5/10/2024 9:10 am  CORPORATE
To be served on: Grow Care, Inc. c/o Registered Agent Cogency Global, Inc.

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service 115 N. Calhoun St., Ste. 4,Tallahassee, FL 32301 | 1.00 | 90.00 | 90.00 |
| Copies Cost | 6.00 | 0.20 | 1.20 |
| TOTAL CHARGED: | | | $91.20 |

**BALANCE DUE:** **$91.20**

Please enclose a copy of this invoice with your payment.

PLEASE KINDLY NOTE OUR NEW MAILING ADDRESS IS:

Diligent Legal Services
1497 Main Street, Suite 210
Dunedin, Florida 34698
Payment is due within thirty (30) days from the date of the invoice. All invoices not paid within thirty (30) days
will incur a finance charge of 1.5% a month.  In the event Diligent Legal Services of Florida, LLC is forced to
take legal action to collect on any open invoices, it will be entitled to recover its reasonable attorneys' fees and
costs of collection.

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Page 1 / 1

Diligent Legal Services
1497 Main Street
Suite 210
Dunedin, FL 34698
Phone: (727) 424-7367
61-1664919

**INVOICE**

Invoice #DGT-2024003089
5/17/2024

Ryan Lowe
Littler
111 N Orange Ave,
Suite 1750
Orlando, FL 32801

Reference Number: 061736.1115

**Case Number: Middle District 8:23-CV-02248-JSM-JSS**

Plaintiff:
**KAYLA LOPO**

Defendant:
**ASHLEY FURNITURE INDUSTRIES, LLC**

Received: 5/8/2024    Served: 5/15/2024 3:03 pm  CORPORATE
To be served on: Method Testing Laboratories c/o Keith Browning, as R/A

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service 2720 Broadway Center Blvd., Brandon, Florida 33510 | 1.00 | 90.00 | 90.00 |
| Copies Cost | 5.00 | 0.20 | 1.00 |
| TOTAL CHARGED: | | | $91.00 |

**BALANCE DUE:** **$91.00**

Please enclose a copy of this invoice with your payment.

PLEASE KINDLY NOTE OUR NEW MAILING ADDRESS IS:

Diligent Legal Services
1497 Main Street, Suite 210
Dunedin, Florida 34698

Payment is due within thirty (30) days from the date of the invoice. All invoices not paid within thirty (30) days
will incur a finance charge of 1.5% a month.  In the event Diligent Legal Services of Florida, LLC is forced to
take legal action to collect on any open invoices, it will be entitled to recover its reasonable attorneys' fees
and costs of collection.

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Diligent Legal Services
1497 Main Street
Suite 210
Dunedin, FL 34698
Phone: (727) 424-7367
61-1664919

**INVOICE**

Invoice #DGT-2024003090
5/20/2024

Ryan Lowe
Littler
111 N Orange Ave,
Suite 1750
Orlando, FL 32801

Reference Number: 061736.1115

**Case Number: Middle District 8:23-CV-02248-JSM-JSS**

Plaintiff:
**KAYLA LOPO**

Defendant:
**ASHLEY FURNITURE INDUSTRIES, LLC**

Received: 5/8/2024   Served: 5/15/2024 2:05 pm  CORPORATE
To be served on: Pure Infinity Botanicals c/o Human Resources

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service 7401 114th Avenue, Ste. 505, Largo, FL 33773 | 1.00 | 90.00 | 90.00 |
| Copies Cost | 5.00 | 0.20 | 1.00 |
| TOTAL CHARGED: | | | $91.00 |

**BALANCE DUE:**                                                                 **$91.00**

Please enclose a copy of this invoice with your payment.

PLEASE KINDLY NOTE OUR NEW MAILING ADDRESS IS:

Diligent Legal Services
1497 Main Street, Suite 210
Dunedin, Florida 34698

Payment is due within thirty (30) days from the date of the invoice. All invoices not paid within thirty (30) days will incur a finance charge of 1.5% a month.  In the event Diligent Legal Services of Florida, LLC is forced to take legal action to collect on any open invoices, it will be entitled to recover its reasonable attorneys' fees and costs of collection.

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Diligent Legal Services
1497 Main Street
Suite 210
Dunedin, FL 34698
Phone: (727) 424-7367
61-1664919

**INVOICE**

Invoice #DGT-2024007316
12/2/2024

Ryan Lowe
Littler
111 N Orange Ave,
Suite 1750
Orlando, FL 32801

Reference Number: 061736.1115

**Case Number:  8:23-CV-02248-JSM-JSS**

Plaintiff:
**KAYLA LOPO**

Defendant:
**ASHLEY FURNITURE INDUSTRIES, LLC**

Received: 11/25/2024    Served: 12/2/2024 10:43 am  CORPORATE
To be served on: DoorDash c/o CT Corporation System, as R/A

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service 1200 South Pine Island Road, Plantation, FL 33324 | 1.00 | 90.00 | 90.00 |
| Copies Cost | 6.00 | 0.20 | 1.20 |
| TOTAL CHARGED: | | | $91.20 |

**BALANCE DUE:** $91.20

Please enclose a copy of this invoice with your payment.

PLEASE KINDLY NOTE OUR NEW MAILING ADDRESS IS:

Diligent Legal Services
1497 Main Street, Suite 210
Dunedin, Florida 34698

Payment is due within thirty (30) days from the date of the invoice. All invoices not paid within thirty (30) days will incur a finance charge of 1.5% a month.  In the event Diligent Legal Services of Florida, LLC is forced to take legal action to collect on any open invoices, it will be entitled to recover its reasonable attorneys' fees and costs of collection.

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Diligent Legal Services                    **INVOICE**              Invoice #DGT-2024006133
1497 Main Street                                                                   10/9/2024
Suite 210
Dunedin, FL 34698
Phone: (727) 424-7367
61-1664919


Ryan Lowe
Littler
111 N Orange Ave,
Suite 1750
Orlando, FL 32801

Reference Number: 061736.1115

**Case Number:  8:23-CV-02248-JSM-JSS**

Plaintiff:
**KAYLA LOPO**

Defendant:
**ASHLEY FURNITURE INDUSTRIES, LLC**

Received: 9/30/2024    Served: 10/1/2024 12:25 pm  INDIVIDUAL/PERSONAL
To be served on: Mandy Millsap LMHC

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service 5674 Milligan Ford Road, Pace, FL 32571 | 1.00 | 90.00 | 90.00 |
| Copies Cost | 6.00 | 0.20 | 1.20 |
| TOTAL CHARGED: | | | $91.20 |

**BALANCE DUE:**                                                                    **$91.20**

Please enclose a copy of this invoice with your payment.

PLEASE KINDLY NOTE OUR NEW MAILING ADDRESS IS:

Diligent Legal Services
1497 Main Street, Suite 210
Dunedin, Florida 34698
Payment is due within thirty (30) days from the date of the invoice. All invoices not paid within thirty (30) days
will incur a finance charge of 1.5% a month.  In the event Diligent Legal Services of Florida, LLC is forced to
take legal action to collect on any open invoices, it will be entitled to recover its reasonable attorneys' fees
and costs of collection.

**Ciox Health  - PAYMENTS ONLY**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

**CiOX**
**HEALTH**

**INVOICE**

| | |
|---|---|
| Invoice #: | 0467824092 |
| Date: | 07/ 11/ 2024 |
| Customer #: | 2260351 |

| Ship to: | Bill to: | Records from: |
|---|---|---|
| LITTLER MENDELSON PC | LITTLER MENDELSON PC | FLORIDA MEDICAL CLINIC |
| LITTLER MENDELSON PC | LITTLER MENDELSON PC | 2100 VIA BELLA BLVD |
| 111 N ORANGE AVE | 111 N ORANGE AVE | 38135 MARKET SQ |
| STE 1750 | STE 1750 | LAND O LAKES,FL 34639-5429 |
| ORLANDO,FL 32801-2334 | ORLANDO,FL 32801-2334 | |

| | | | |
|---|---|---|---|
| Requested By: | LITTLER MENDELSON PC | DOB : | 02/26/1987 |
| Patient Name: | LOPO KAYLA | | |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 293 | 0.25 | 73.25 |
| Per Page Copy (Paper) 2 | 25 | 1.00 | 25.00 |
| Electronic Data Archive Fee | | | 2.00 |
| Certification Fee | | | 10.00 |
| Subtotal | | | 110.25 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 110.25 |
| Balance Due | | | 110.25 |

| Terms: Net 30 days | Please remit this amount : $110.25(USD) |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - ✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Ciox Health  - PAYMENTS ONLY**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Get future medical records as soon as they are processed,
by signing up  for secure electronic delivery.
Register at:  https://www.smartrequest.com/

| | |
|---|---|
| Invoice #: | 0467824092 |
| Check # | _____ |
| Payment Amount $ | _____ |

# Please return stub with payment.

Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

## Veritext, LLC - Florida Region

Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: West A. Holden | **Invoice #:** **7884105** |
| Littler Mendelson, P.C. | **Invoice Date:** **11/20/2024** |
| 111 N Orange Ave | **Balance Due:** **$312.50** |
| Suite 1750 | |
| Orlando, FL, 32801 | |

| | |
|---|---|
| **Case: Lopo, Kayla v. Ashley Furniture Industries, LLC (823CV02248JSMJSS)** | **Proceeding Type: Depositions** |

Job #: 7004490   |   Job Date: 11/19/2024   |   Delivery: Expedited                          Client Matter #: Requested

Location:              Tampa, FL

Billing Atty:          West A. Holden

Scheduling Atty:    West A. Holden | Littler Mendelson, P.C.

| Witness: Dasha Bolton | Quantity | Price | Amount |
|---|---|---|---|
| Attendance - No Transcript Ordered | 1.00 | $155.00 | $155.00 |
| Attendance - No Transcript Ordered Add'l Hours | 1.50 | $105.00 | $157.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$312.50** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$312.50** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| | | |
|---|---|---|
| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  7884105** |
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:   11/20/2024** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:   $312.50** |

Pay by Credit Card: www.veritext.com

53791

# I N V O I C E

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 323551 | 12/18/2024 | 353862 |
| **Job Date** | **Case No.** | |
| 10/29/2024 | 8:23-CV-02248-JSM-JSS | |
| **Case Name** | | |
| Kayla Lopo v. Ashley Furniture Industries | | |
| **Payment Terms** | | |
| Net 30 | | |

Milestone Court Reporters
dba The Reporting Company
dba Milestone Reporting
Tax ID: 59-1937999
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

West Holden, Esquire
Littler Mendelson, P.C.
111 North Orange Avenue
Suite 1250
Orlando, FL 32801

| 1 COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Matt Schulz | 120.00 | Pages | @ | 3.500 | 420.00 |
| E-Litigation Package | 1.00 | | @ | 35.000 | 35.00 |
| Exhibits - Copied/Scanned/Hyperlinked | 1.00 | Pages | @ | 0.350 | 0.35 |
| Transcript Formatting and Cloud Archiving | 1.00 | | @ | 15.000 | 15.00 |
| Read & Sign | 1.00 | | @ | 20.000 | 20.00 |
| No Paper - E-Delivery Only | 1.00 | | @ | 0.000 | 0.00 |
| 1 COPY OF TRANSCRIPT OF: | | | | | |
| Mike Gappa | 93.00 | Pages | @ | 3.500 | 325.50 |
| E-Litigation Package | 1.00 | | @ | 35.000 | 35.00 |
| Transcript Formatting and Cloud Archiving | 1.00 | | @ | 15.000 | 15.00 |
| Read & Sign | 1.00 | | @ | 20.000 | 20.00 |
| No Paper - E-Delivery Only | 1.00 | | @ | 0.000 | 0.00 |
| **TOTAL DUE   >>>** | | | | | **$885.85** |

Location of Job   : ALL PARTIES APPEARING REMOTELY
                           No set address
                           Remote Location, FL

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

West Holden, Esquire
Littler Mendelson, P.C.
111 North Orange Avenue
Suite 1250
Orlando, FL 32801

Invoice No.     : 323551
Invoice Date   : 12/18/2024
**Total Due**      : **$885.85**

Remit To: **Milestone Reporting Company**
                 **P.O. Box 3426**
                 **Orlando, FL 32802**

Job No.        : 353862
BU ID          : MRC
Case No.      : 8:23-CV-02248-JSM-JSS
Case Name   : Kayla Lopo v. Ashley Furniture Industries

# INVOICE

2 of 2

Milestone Court Reporters
dba The Reporting Company
dba Milestone Reporting
Tax ID: 59-1937999
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 323551 | 12/18/2024 | 353862 |
| Job Date | Case No. | |
| 10/29/2024 | 8:23-CV-02248-JSM-JSS | |
| Case Name | | |
| Kayla Lopo v. Ashley Furniture Industries | | |
| Payment Terms | | |
| Net 30 | | |

West Holden, Esquire
Littler Mendelson, P.C.
111 North Orange Avenue
Suite 1250
Orlando, FL 32801

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

West Holden, Esquire
Littler Mendelson, P.C.
111 North Orange Avenue
Suite 1250
Orlando, FL 32801

Invoice No.    : 323551
Invoice Date   : 12/18/2024
**Total Due**   : **$885.85**

Remit To: **Milestone Reporting Company**
**P.O. Box 3426**
**Orlando, FL 32802**

Job No.      : 353862
BU ID        : MRC
Case No.     : 8:23-CV-02248-JSM-JSS
Case Name    : Kayla Lopo v. Ashley Furniture Industries

# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 321807 | 12/5/2024 | 357327 |

| Job Date | Case No. |
|---|---|
| 11/21/2024 | 8:23-CV-02248-JSM-JSS |

| Case Name |
|---|
| Kayla Lopo v. Ashley Furniture Industries |

| Payment Terms |
|---|
| Net 30 |

Milestone Court Reporters
dba The Reporting Company
dba Milestone Reporting
Tax ID: 59-1937999
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

West Holden, Esquire
Littler Mendelson, P.C.
111 North Orange Avenue
Suite 1250
Orlando, FL 32801

| | | | | |
|---|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | | |
| Janet Morgan | 63.00  Pages | @ | 3.500 | 220.50 |
| E-Litigation Package | 1.00 | @ | 35.000 | 35.00 |
| Transcript Formatting and Cloud Archiving | 1.00 | @ | 15.000 | 15.00 |
| No Paper - E-Delivery Only | 1.00 | @ | 0.000 | 0.00 |
| 1 COPY OF TRANSCRIPT OF: | | | | |
| Logan Huston | 73.00  Pages | @ | 3.500 | 255.50 |
| E-Litigation Package | 1.00 | @ | 35.000 | 35.00 |
| Transcript Formatting and Cloud Archiving | 1.00 | @ | 15.000 | 15.00 |
| No Paper - E-Delivery Only | 1.00 | @ | 0.000 | 0.00 |
| **TOTAL DUE  >>>** | | | | **$576.00** |

Location of Job    : ALL PARTIES APPEARING REMOTELY
No set address
Remote Location, FL

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

West Holden, Esquire
Littler Mendelson, P.C.
111 North Orange Avenue
Suite 1250
Orlando, FL 32801

Invoice No.    : 321807
Invoice Date   : 12/5/2024
**Total Due**    : **$576.00**

Remit To:  **Milestone Reporting Company**
**P.O. Box 3426**
**Orlando, FL 32802**

Job No.      : 357327
BU ID        : MRC
Case No.     : 8:23-CV-02248-JSM-JSS
Case Name    : Kayla Lopo v. Ashley Furniture Industries

# I N V O I C E

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 321807 | 12/5/2024 | 357327 |
| **Job Date** | **Case No.** | |
| 11/21/2024 | 8:23-CV-02248-JSM-JSS | |
| **Case Name** | | |
| Kayla Lopo v. Ashley Furniture Industries | | |
| **Payment Terms** | | |
| Net 30 | | |

Milestone Court Reporters
dba The Reporting Company
dba Milestone Reporting
Tax ID: 59-1937999
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

West Holden, Esquire
Littler Mendelson, P.C.
111 North Orange Avenue
Suite 1250
Orlando, FL 32801

|  |  |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$576.00** |

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

West Holden, Esquire
Littler Mendelson, P.C.
111 North Orange Avenue
Suite 1250
Orlando, FL 32801

Invoice No.    : 321807
Invoice Date  : 12/5/2024
**Total Due**    : **$576.00**

Remit To: **Milestone Reporting Company**
          **P.O. Box 3426**
          **Orlando, FL 32802**

Job No.      : 357327
BU ID        : MRC
Case No.     : 8:23-CV-02248-JSM-JSS
Case Name   : Kayla Lopo v. Ashley Furniture Industries

# INVOICE

**U.S. Legal Support**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20240818422-12 | 10/29/2024 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6642853 | 8/20/2024 | $1,138.40 |

| Case Name |
|---|
| Kayla Lopo v. Ashley Furniture Industries, LLC |

| Case No. |
|---|
| 823CV02248JSMUAM |

**SE - ORLANDO**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 407-649-9193  Fax: 407-245-7099**

**Jessica Travers, Esquire**
**Littler Mendelson P.C.**
**111 North Orange Avenue # STE 1750**
**Orlando FL 32801**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support providing link - RemoteDepo | Jessica Travers, Esquire<br>Littler Mendelson P.C.<br>111 North Orange Avenue # STE 1750<br>Orlando FL 32801 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: Kayla Tabitha Lopo | | | | |
| Original | 236.00 | Pages | $3.90 | $920.40 |
| Exhibit | 66.00 | Pages | $0.25 | $16.50 |
| Condensed Transcript | 1.00 | N/A | $10.00 | $10.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $25.00 | $25.00 |
| Transcript Handling & Processing | 1.00 | N/A | $25.00 | $25.00 |
| Video Pages | 190.00 | Pages | $0.25 | $47.50 |
| Exhibits (Color) | 64.00 | Pages | $1.00 | $64.00 |
| Read & Sign Service | 1.00 | N/A | $30.00 | $30.00 |

| | |
|---|---|
| **Total Due** | **$1,138.40** |
| AFTER 12/13/2024 PAY | $1,309.16 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Late Fees** | **$0.00** |
| **(=) New Balance** | **$1,138.40** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**

Phone: 407-393-2900

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Jessica Travers, Esquire
Littler Mendelson P.C.
111 North Orange Avenue # STE 1750
Orlando FL 32801

| Invoice No. | 20240818422-12 | Invoice Date | 10/29/2024 |
|---|---|---|---|
| Job No. | 6642853 | Case No. | 823CV02248JSMUAM |
| Total Due | **$1,138.40** | | |

Remit To:    **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX 77210**

## PAY BY CREDIT CARD

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Case 8:23-cv-02248-JSM-LSG    Document 31    Filed 06/30/25    Page 23 of 24 PageID 459

*"Please detach bottom portion and return with payment."*

Jessica Travers, Esquire
Littler Mendelson P.C.
111 North Orange Avenue # STE 1750
Orlando FL 32801

| Invoice No. | 20240818422-12 | Invoice Date | 10/29/2024 |
|---|---|---|---|
| Job No. | 6642853 | Case No. | 823CV02248JSMUAM |
| Total Due | **$1,138.40** | | |

Remit To:    **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX 77210**

## PAY BY CREDIT CARD

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____



# INVOICE

**BILL TO**
West Holden
Littler Mendelson, P.C. - Orlando
111 N. Orange Avenue, Ste. 1750
Orlando, FL  32801-2334

| | |
|---|---|
| INVOICE | 2024.0167D |
| DATE | 12/23/2024 |
| TERMS | Due on receipt |
| DUE DATE | 12/23/2024 |

**CASE REFERENCE**
Lopo v Ashley Furniture

**DATE OF SERVICE**
10/21/2024

| MEDIATION DATE | SERVICES | | HOURS | PER-SIDE HOURLY RATE | TOTAL CHARGES |
|---|---|---|---|---|---|
| 10/21/2024 | Mediation Services | Preparation for Mediation Conference, including (a) review of documents, and (b) pre-Conference telephone with counsel (2.0); attend Mediation Conference (4.5); preparation of Mediation Results Reports (.1) | 6.60 | 280.00 | 1,848.00 |

Case Name: Kayla Lopo v Ashley Furniture Industries, Inc.
CC to: Eddie Vega

**BALANCE DUE**      **$1,848.00**

Thank you for allowing us to be of service!

Please note our new mailing address:

Griffin Mediation, LLC
c/o ADR Support
8570 Stirling Road, Ste. 102408
Hollywood, FL  33024

Federal Employer Identification No.: 82-4233319

To book another mediation contact: tammie@chrisgriffinmediation.com
For Questions regarding this invoice, contact bookkeeper@adrsupport.com
Page 1 of 1